DAVID A. HUBBERT
Acting Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 307-6422
Fax:          (202) 307-0054
E-mail: Amy.T.Matchison@usdoj.gov
        Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF: <br><br> JOHN DOES, United States person(s), who directly or indirectly had authority over any combination of accounts held with Payward Ventures Inc., d/b/a Kraken or Kraken.com, or its predecessors, subsidiaries, divisions, or affiliates (collectively, "Kraken"), with at least the equivalent of $20,000 in value of transactions (regardless of type) in cryptocurrency in any one year, for the period January 1, 2016 through December 31, 2020. | Civil Number: <br><br> **[PROPOSED] ORDER GRANTING EX PARTE PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS** |

THIS MATTER is before the Court upon the United States of America's "Ex Parte Petition for Leave to Serve "John Doe" Summons" (the "Petition"). Based upon a review of the Petition and supporting documents, the Court has determined that the "John Doe" summons to Payward Ventures, Inc., and Subsidiaries relates to the investigation of an ascertainable group or class of persons, that there is a reasonable basis for believing that such group or class of persons has failed or may have failed to comply with any provision of any internal revenue laws, that the information sought to be obtained from the examination of the records (and the identities of the persons with respect to whose liability the summons is issued) is not readily available from other sources, and that the information sought to be obtained is narrowly tailored to information that pertains to the failure or potential failure of that group or class of persons to comply with one or more provisions of the internal revenue laws. It is therefore:

[Proposed] Order Granting Ex Parte Petition
For Leave to Serve "John Doe" Summons        1

1  ORDERED AND ADJUDGED that the Internal Revenue Service, through Revenue Agent Karen Cincotta or any other authorized officer or agent, may serve an Internal Revenue Service John Doe summons upon Payward Ventures, Inc., and Subsidiaries in substantially the form as attached as Exhibit A to the Declaration of Karen Cincotta.  A copy of this Order shall be served together with the summons.

IT IS SO ORDERED this ___ day of _____, 2021.

_____<br>UNITED STATES DISTRICT JUDGE