DAVID A. HUBBERT
Acting Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:           (202) 307-0054
E-mail: Amy.T.Matchison@usdoj.gov
        Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States person(s), who directly or indirectly had authority over any combination of accounts held with Payward Ventures Inc., d/b/a Kraken or Kraken.com, or its predecessors, subsidiaries, divisions, or affiliates (collectively, "Kraken"), with at least the equivalent of $20,000 in value of transactions (regardless of type) in cryptocurrency in any one year, for the period January 1, 2016 through December 31, 2020. | Civil Number:<br><br>**NOTICE OF FILING EX PARTE PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS** |

The United States of America notifies the Court that it has commenced this ex parte proceeding pursuant to Section 7609(f) of the Internal Revenue Code (26 U.S.C.), for leave to serve an Internal Revenue Service "John Doe" summons upon Payward Ventures, Inc. and Subsidiaries. Pursuant to 26 U.S.C. § 7609(h), the determination to be made by the Court "shall be made ex parte and shall be made solely on the petition and supporting affidavits." Thus, the pleadings filed in this proceeding will not be served upon any person or entity and no other filings are permitted from other persons or entities. Accordingly, this matter is ripe for the Court's consideration.

The United States requests that the Court review the Petition and supporting documents and enter the Proposed Order at the Court's earliest opportunity.

Dated this 30th day of March, 2021.

>DAVID A. HUBBERT
>Acting Assistant Attorney General
>
>*/s/ Amy Matchison*
>AMY MATCHISON
>Trial Attorney, Tax Division
>U.S. Department of Justice