UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| , <br> Plaintiff, <br> v. <br> IN THE MATTER OF THE TAX LIABILITIES OF JOHN DOES, <br> Defendant. | Case No. 21-cv-02201-JCS <br><br> **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED that this action is assigned to the Honorable Joseph C. Spero. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Plaintiffs or removing parties must file a consent or declination to proceed before a magistrate judge within 14 days of the filing of the complaint or the removal. All other parties must file a consent or declination within 14 days of appearing in the case. All parties who have made an appearance must file a consent or declination within 7 days of the filing of a dispositive motion or the case will be reassigned to a district court judge. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California", additional copies of which can be downloaded from the court's Internet website: http://www.cand.uscourts.gov.

| CASE SCHEDULE | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 3/30/2021 | Complaint Filed | |
| 6/11/2021 | Last day to meet and confer re:<br>• initial disclosures<br>• early settlement, and<br>• discovery plan | FRCivP 26(f) |
| 6/25/2021 | Last day to<br>• complete initial disclosures or state objection in Rule 26(f) Report<br>• file/serve Case Management Statement, and<br>• file/serve Rule 26(f) Report | FRCivP 26(a) (1)<br>Civil L.R . 16-9 |
| 7/2/2021 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) 2:00 PM in:<br><br>Courtroom F,15th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | |