DAVID A. HUBBERT
Acting Assistant Attorney General

AMY MATCHISON (CA Bar No. 217022)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422
Fax:           (202) 307-0054
Email: Amy.T.Matchison@usdoj.gov
       Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States person(s), who directly or indirectly had authority over any combination of accounts held with Payward Ventures Inc., d/b/a Kraken or Kraken.com, or its predecessors, subsidiaries, divisions, or affiliates (collectively, "Kraken"), with at least the equivalent of $20,000 in value of transactions (regardless of type) in cryptocurrency in any one year, for the period January 1, 2016 through December 31, 2020. | Civil Number: 3:21-cv-02201-JCS<br><br>**STATUS REPORT** |

The United States reports that after this Court granted it leave to serve a narrowed Internal Revenue Service "John Doe" summons upon Payward Ventures, Inc. and Subsidiaries (Docket No. 9) that summons was issued on May 11, 2021, and served that same day. Because this is an ex parte proceeding and the pleadings filed will not be served upon any person or entity and no other filings are permitted from other persons or entities, no further relief is sought from the Court and the case can be closed.

Dated this 30th day of June, 2021.

          DAVID A. HUBBERT
          Acting Assistant Attorney General

          */s/ Amy Matchison*
          AMY MATCHISON
          Trial Attorney, Tax Division
          U.S. Department of Justice